(75 South. 462)

GARNER v. STATE. (4 Div. 605.)

(Supreme Court of Alabama. April 26, 1917. Rehearing Denied May 24, 1917.)

CRIMINAL LAW ⬅︎829(1)—APPEAL AND ERROR—INSTRUCTIONS.

Under Acts 1915, p. 815, refusal to give a requested charge correctly stating the law in a criminal case is not reversible error, where the charge as given substantially and fairly gives the requested instruction.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2011.]

Appeal from Circuit Court, Barbour County; J. S. Williams, Judge.

Henry Garner was convicted of crime, and appeals. Affirmed.

Sollie & Sollie, of Ozark, for appellant. W. L. Martin, Atty. Gen., and P. W. Turner, Asst. Atty. Gen., for the State.

SAYRE, J. The case presents no question of novelty, difficulty, or general interest. The rulings on questions of evidence, which were commonplace, were obviously correct. No reversible error can be affirmed of the refusal of any of the numerous charges requested by the defendant. If some few of them state correct propositions in respect to the law of insanity as a defense, still the whole subject was carefully covered by the court's oral charge to the jury and by the special charges in writing given at defendant's request, in which all the applicable rules of law were substantially and fairly given to the jury. Act approved September 25, 1915 (Acts 1915, p. 815).

After a duly careful consideration of every exception shown by the record, the court is

of opinion that no cause for reversal appears, and that the judgment and sentence should be affirmed.

Affirmed.

ANDERSON, C. J., and McCLELLAN and GARDNER, JJ., concur.